**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1226**

---

SHUNDA T. FRANCIS,

                                    Plaintiff - Appellant,

        versus

COMMONWEALTH OF VIRGINIA ex rel. DEPARTMENT OF
JUVENILE JUSTICE,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, District
Judge.  (CA-03-968-3)

---

Submitted:  July 29, 2004          Decided:  August 3, 2004

---

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Shunda T. Francis, Appellant Pro Se.  Martha Murphey Parrish,
Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shunda T. Francis appeals the district court's order dismissing her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Francis v. Virginia, No. CA-03-968-3 (E.D. Va. Jan. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED